1762.

JACKSON
*v.*
FOYE.

</div>

## Wifwall *verf.* Hall.

<div style="text-align: right">

WISWALL
*v.*
HALL.

Rec. 1762.
Fol. 385.

</div>

PLAINTIFF and Defendant had formerly fubmitted Matters in Controverfy to certain Referees, who had reported thereon. This Action was brought by Wifwall *vs.* Hall to recover the Cofts upon that former Suit, for though the Referees had reported that they fhould bear the Cofts between them, yet Wifwall alledged that it was upon a Promife of Hall to bear the whole Cofts. (2) To verify this he offered the Referees as Evidence. But *the Court ruled* unanimoufly that they could not by parol Evidence controul the Report which was of Record. (3)

<div style="text-align: right">

Referees cannot be admitted to teftify that their Award that each Party fhould bear his own Cofts, was made in Confideration of a Promife by one Party never to enforce a certain Judgment againft the other.

</div>

(2) This is inaccurately ftated. The declaration alleges that the promife by the defendant, but for which " the referees would have awarded the plaintiff cofts," was, never to enforce a certain other judgment for cofts previoufly recovered.

(3) Arbitrators cannot by parol teftimony contradict their formal award in writing. 10 Met. 433. 4 Cufh. 317, 399.